**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Cheryl E Gaines |
| Debtor 2 (Spouse, if filing) | Earl N Gaines |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number | 18-30848-KLP |

Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Last 4 digits** of any number you use to identify the debtor's account: 2732

**Court claim no.** (if known): 11

**Date of payment change:**
Must be at least 21 days after date of this notice: 7/1/2021

**New total payment:** $ 349.12
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 132.70        New escrow payment: $ 128.04

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Debtor 1  **Cheryl E Gaines**
      First Name    Middle Name    Last Name

Case number *(if known)* **18-30848-KLP**

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Keith Yacko
Signature

Date  06/09/2021

Print:  **Keith Yacko**
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  McMichael Taylor Gray, LLC

Address  3550 Engineering Drive, Suite 260
Number   Street

Peachtree Corners, GA 30092
City   State   ZIP Code

Contact phone  (470) 289-4347

Email  kyacko@mtglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF MORTGAGE PAYMENT CHANGE** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Cheryl E Gaines
PO Box 1164
Dunnsville, VA 22454


Earl N Gaines
PO Box 1164
Dunnsville, VA 22454



**Via CM/ECF  electronic service:**

Robert B. Duke, Jr.
American Law Group Inc dba The Debt Law Group
8501 Mayland Drive
Suite 106
Henrico, VA 23294

Carl M Bates
PO Box 1819
Richmond, VA 23218


Dated: June 9, 2021

                                                Respectfully submitted,
                                                /s/ Keith Yacko
                                                Keith Yacko, Virginia Bar No. 37854
                                                McMichael Taylor Gray, LLC
                                                3550 Engineering Drive, Suite 260
                                                Peachtree Corners, GA 30092
                                                Telephone: (470) 289-4347
                                                Facsimile: (404) 745-8121
                                                E-mail: kyacko@mtglaw.com

VA2021-00504

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

EARL N GAINES
PO BOX 1164
DUNNSVILLE VA  22454

Analysis Date: May 21, 2021                                                                                                                    Final
Property Address: 2802 HARRIS HILL ROAD  DUNNSVILLE, VA 22454                                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Feb 2021 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 221.08 | 221.08 ** |
| Escrow Payment: | 132.70 | 128.04 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $353.78 | $349.12 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jun 01, 2021 |
| Escrow Balance: | 966.70 |
| Anticipated Pmts to Escrow: | 132.70 |
| Anticipated Pmts from Escrow (-): | 227.90 |
| Anticipated Escrow Balance: | $871.50 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 0.00 |
| Feb 2021 | | 303.20 | | | * Escrow Only Payment | 0.00 | 303.20 |
| Mar 2021 | | 132.70 | | | * | 0.00 | 435.90 |
| Mar 2021 | | 265.40 | | | * | 0.00 | 701.30 |
| Apr 2021 | | 132.70 | | | * | 0.00 | 834.00 |
| May 2021 | | 132.70 | | | * | 0.00 | 966.70 |
| | | | | | Anticipated Transactions | 0.00 | 966.70 |
| Jun 2021 | | 132.70 | | 227.90 | County Tax | | 871.50 |
| | $0.00 | $1,099.40 | $0.00 | $227.90 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

Analysis Date: May 21, 2021  Final
Borrower: EARL N GAINES  Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 871.50 | 952.63 |
| Jul 2021 | 128.04 |  |  | 999.54 | 1,080.67 |
| Aug 2021 | 128.04 |  |  | 1,127.58 | 1,208.71 |
| Sep 2021 | 128.04 | 1,080.67 | Homeowners Policy | 174.95 | 256.08 |
| Oct 2021 | 128.04 |  |  | 302.99 | 384.12 |
| Nov 2021 | 128.04 |  |  | 431.03 | 512.16 |
| Dec 2021 | 128.04 | 227.90 | County Tax | 331.17 | 412.30 |
| Jan 2022 | 128.04 |  |  | 459.21 | 540.34 |
| Feb 2022 | 128.04 |  |  | 587.25 | 668.38 |
| Mar 2022 | 128.04 |  |  | 715.29 | 796.42 |
| Apr 2022 | 128.04 |  |  | 843.33 | 924.46 |
| May 2022 | 128.04 |  |  | 971.37 | 1,052.50 |
| Jun 2022 | 128.04 | 227.90 | County Tax | 871.51 | 952.64 |
|  | $1,536.48 | $1,536.47 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 256.08. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 256.08 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 871.50. Your starting balance (escrow balance required) according to this analysis should be $952.63. This means you have a shortage of 81.13. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 1,536.47. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: May 21, 2021  
Borrower: EARL N GAINES  
Final  
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 128.04 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $128.04 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**